FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 27 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ZIM-AMERICAN ISRAELI SHIPPING CO., INC.,

    Plaintiff,

- against -

DEANS OVERSEAS SHIPPERS, INC.,

    Defendant.
-----------------------------------------------------------------x

ORDER

05 CV 056 (NG) (CLP)

**GERSHON, United States District Judge:**

No objections have been filed to the May 9, 2006 Report and Recommendation of Magistrate Judge Cheryl L. Pollack. The Court adopts the Report and Recommendation in its entirety. The Clerk of Court is directed to enter default judgment against defendant Deans Overseas Shippers, Inc., in the amount of $44,191.33, comprised of $42,095.00 in compensatory damages and $2,096.33 in prejudgment interest.

SO ORDERED.

/s/

NINA GERSHON
United States District Judge

Dated:    July 21, 2006
           Brooklyn, New York